**BODNER|LAW**PLLC

Jonathan S. Bodner, Esq.*
jbodner@bodnerlawpllc.com
Harry M. Gutfleish, Esq., Of Counsel*
hgutfleish@bodnerlawpllc.com
*Admitted in NY and NJ

July 20, 2021

*[Handwritten annotation: 7/21/2021 The matter is adjourned to ~~September~~ July 28, 2021 Let D's ~~m~~ So Ordered. Paul Crotty USDJ]*

By ECF, Email & FedEx
Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

Re:   A & J Produce Corp. et al v. Dr Produce LLC, et al.
      S.D.N.Y. Civ. Case No.: 21-cv-6066-PAC

Dear Judge Crotty:

This firm represents defendant Dr Produce LLC in this matter.

A preliminary injunction hearing is scheduled for Thursday, July 22, 2021 at 12:00 p.m. by Order To Show Cause dated July 15, 2021 (the "Order To Show Cause") *[Docket No. 25]*.

Dr Produce LLC, by the undersigned, respectfully requests that July 22, 2021 hearing be adjourned to one of the dates proposed below, or such other date and time of the Court's availability, with the extension of the relief contained in the Order To Show Cause to remain in place pending the adjourned hearing, as contemplated by F.R.C.P. 65(b)(2), and without any waiver by or prejudice to any party.

This adjournment request is made because my firm was retained by Dr Produce LLC this morning, I am scheduled to be travelling this Thursday, I am advised that additional defendants are seeking counsel, and the proposed adjournment will provide a brief period for counsel to confer in efforts to narrow or resolve issues, if possible, that would be the subject of the scheduled hearing in advance thereof.

Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
July 20, 2021
Page 2

In accordance with Rule # 1.E. of Your Honor's Individual Practice Rules:

(1) The original hearing date is July 22, 2021 at 12:00 p.m.

(2) & (3)   This is a first adjournment request.

(4) Plaintiffs' counsel consents to this request. Dr. Produce Realty LLC also consents to this request.

(5) Upon conferring with Plaintiffs' counsel and Dr. Produce Realty LLC, we jointly propose the following three alternative dates:   July 28th, 29th, or 30th, at 12:00 p.m.

This request is made at least 48 hours prior to the hearing scheduled for July 22, 2021 at 12:00 p.m.

Please advise of any questions, and the Court's consideration is graciously appreciated.

Respectfully submitted,

Jonathan Bodner
For the Firm

cc:   David_C_Gonzalez@nysd.uscourts.gov
Greg Brown, Esq., Plaintiffs' Counsel
Dr. Produce Realty LLC
Dr Produce LLC