

Jonathan S. Bodner, Esq.*
jbodner@bodnerlawpllc.com
Harry M. Gutfleish, Esq., Of Counsel*
hgutfleish@bodnerlawpllc.com
*Admitted in NY and NJ

July 26, 2021

**COURTESY COPY**

*[Handwritten notation, dated 7/27/2021:]* The pre-matter will be adjourned with 7/28 hearing in place. Retained will be on vacat in August. If he particularly need relief before September, they should seek relief for us soon. So ordered. Paul A. Crotty, J.S.D.J.

By ECF, Email & FedEx
Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

Re:   A & J Produce Corp. et al v. Dr Produce LLC, et al.
      S.D.N.Y. Civ. Case No.: 21-cv-6066-PAC

Dear Judge Crotty:

This firm represents defendants Dr Produce LLC, Pavlos Vardinoyannis and Nicholas Vardinoyannis in this matter.

A preliminary injunction hearing was originally scheduled for Thursday, July 22, 2021 at 12:00 p.m. by Order To Show Cause dated July 15, 2021 (the "Order To Show Cause") *[Docket No. 25]*. That hearing was adjourned by the Court's Order dated July 21, 2021 *[Docket No. 30]* to Wednesday, July 28, 2021 at 12:15 p.m., with the extension of the relief contained in the Order To Show Cause to remain in place pending the adjourned hearing, as contemplated by F.R.C.P. 65(b)(2), and without any waiver by or prejudice to any party.

Dr Produce LLC, Pavlos Vardinoyannis and Nicholas Vardinoyannis, by the undersigned, respectfully request that the hearing be adjourned a second time to one of the dates proposed below, or such other date and time of the Court's availability, with the Court to expressly So Order the extension of the relief contained in the Order To Show Cause to remain in place pending the adjourned hearing, as contemplated by F.R.C.P. 65(b)(2), and without any waiver by or prejudice to any party.

Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
July 26, 2021
Page 2

Over the past several days, the Plaintiffs filed a first amended complaint. *[Docket No. 32]*. Several additional defendants retained counsel and counsel appeared on their behalf. *[Docket Nos. 36, 37 and 38]*. Counsel for the parties have been conferring in efforts to narrow and resolve issues that would be the subject of the Order To Show Cause hearing and with respect to whether a settlement can be reached in this action. The parties seek to continue to confer to narrow or resolve issues, if possible, that would be the subject of the hearing and with respect to whether a settlement can be reached in this action, in advance thereof.

In accordance with Rule # 1.E. of Your Honor's Individual Practice Rules:

(1) The original hearing date was July 22, 2021 at 12:00 p.m.

(2) This is a second adjournment request.

(3) The first adjournment request was granted *[Docket No. 30]*.

(4) Plaintiffs' counsel consents to this request. Dario Fortuna and Dr. Produce Realty LLC, by their counsel, also consent to this request.

(5) Upon conferring with Plaintiffs' counsel and Mr. Fortuna and Dr. Produce Realty LLC's counsel, we jointly propose the following three alternative dates: August 3rd, 4th, or 5th, at 12:00 p.m.

Please advise of any questions, and the Court's consideration and assistance is graciously appreciated.

Respectfully submitted,

Jonathan Bodner
For the Firm

cc:  David_C_Gonzalez@nysd.uscourts.gov
Greg Brown, Esq., *Plaintiffs' Counsel*
Joseph Maniscalco, Esq.,
   *Counsel to Mr. Fortuna and Dr. Produce Realty, LLC*