# McCarron & Diess

Stephen P. McCarron◊
Louis W. Diess, III¤◊
Mary Jean Fassett◊
Kate Ellis¤◊
Blake A. Surbey◊
Gregory A. Brown¤

gbrown@mccarronlaw.com

4530 Wisconsin Avenue, N.W., Suite 301
Washington, DC 20016
(202) 364-0400  FAX (202) 364-2731

576 Broadhollow Road, Suite 105
Melville, NY 11747
(631) 425-8110  FAX (202) 364-2731

www.mccarronlaw.com
www.pacawebguide.com

Focusing on Cases under
the Perishable Agricultural
Commodities Act (PACA)

¤ Not admitted in DC
◊ Not admitted in NY

Reply to Melville, NY

October 1, 2021

**VIA ECF ONLY**

Hon. Paul A. Crotty
United States District Court
500 Pearl Street
New York, New York 10007

*[Handwritten note: 10/4/2021 — The Clerk is directed to seal 86-1 and counsel is directed to file a redacted version. So ordered. Paul A. Crotty, USDJ]*

Re:   **A & J Produce Corp. v. Dr Produce, LLC d/b/a Sycamore Foods NJ;
Case No. 21-cv-6066 (PAC)**

Dear Judge Crotty:

We are the attorneys for A & J Produce Corp., Mendez International Tropical Foods Inc. and Top Banana LLC (collectively, "Plaintiffs") in the above-referenced action. Earlier today I inadvertently filed at Docket No. 86-1 an unredacted copy of a document that should have been redacted. I have spoken with the Clerk's office and the document has been temporarily sealed. I have been informed that I am now required to file a formal application to seal the document. Kindly treat this submission as a letter motion to seal Docket No. 86-1. The document sought to be sealed is the PACA Proof of Claim mailed to me by L&T Food Distributor Inc. t/a My Vo Produce. Included with the proof of claim is a portion of a credit application which includes a social security number and a check which references a bank account number. I had intended to file redacted copies of those documents, but due to a clerical error the non-redacted copies were filed. Sealing the document will not prejudice any party, since the objection only affects My Vo Produce, and that entity should be fully familiar with the documents it attached to its PACA Proof of Claim.

Thank you for your attention to this matter.

Sincerely,
McCarron & Diess

By: _____
Gregory Brown

cc.: All Counsel of Record (via ECF)